Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:  (310) 546-7400
Facsimile:  (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br>     v.<br><br>GINA GROUP LLC, a New York Limited Liability Company; E.B.H. 5 INC. dba SHOES8TEEN, an unknown business entity; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 2:16-cv-06901-JVS (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br><br>**Hon. James V. Selna** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:    January 23, 2017          By: _____
                                         Hon. James V. Selna
                                         **United States District Judge**